SERVICE COPY

KURT BUECHE, ET AL        19TH JUDICIAL DISTRICT COURT

VERSUS                    DOCKET NO. 582007-26

SAFECO INSURANCE
COMPANY OF AMERICA        EAST BATON ROUGE PARISH, LOUISIANA

---

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, KURT BUECHE and KEMA BUECHE, residents of East Baton Rouge Parish, Louisiana, who respectfully represent the following:

1.

Made Defendant herein is **SAFECO INSURANCE COMPANY OF AMERICA**, a foreign insurance company authorized to do and doing business in the state of Louisiana, who may be served through its agent of service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

Defendant is fully, legally and truly indebted to Plaintiffs for such damages as are reasonable in the premises together with legal interest from the date of judicial demand until paid, penalties, attorneys' fees, and all costs of these proceedings.

3.

On or about September 1, 2008, Plaintiffs, **KURT BUECHE** and **KEMA BUECHE**, owned a home in East Baton Rouge Parish, Louisiana, located at 540 Audubon Avenue, Baton Rouge, Louisiana 70806.

4.

On September 1, 2008, Plaintiffs' above described home received substantial and catastrophic damage during Hurricane Gustav when a large tree fell on their home.

5.

At all relevant times hereto, **SAFECO INSURANCE COMPANY OF AMERICA** issued a homeowners insurance policy insuring the above described home owned by Plaintiffs, **KURT BUECHE** and **KEMA BUECHE**, and said policy was in full force and effect on September 1, 2008.

**EXHIBIT A**

6.

Plaintiffs aver that Defendant, **SAFECO INSURANCE COMPANY OF AMERICA**, has failed to make full, timely and complete payments under the various coverages of the homeowners insurance policy for damages sustained to Plaintiffs' home as a result of Hurricane Gustav, despite Plaintiffs providing reasonable notice of their loss and making demand for such payments.

7.

Plaintiffs aver that as to some payments made by Defendant, **SAFECO INSURANCE COMPANY OF AMERICA**, such payments were made outside the time period required by Louisiana Revised Statute 22:1892 and Louisiana Revised Statute 22:1973, despite Plaintiffs providing reasonable notice of their loss and making demand for such payments.

8.

Plaintiffs aver that as a result of the foregoing failure to make sufficient payments and failure to timely make payments, Defendant, **SAFECO INSURANCE COMPANY OF AMERICA**, was arbitrary and capricious, constituting a violation of Louisiana Revised Statute 22:1892 and Louisiana Revised Statute 22:1973, and therefore is liable to Plaintiffs for all applicable penalties and attorneys' fees pursuant to the above cited statutes.

WHEREFORE, premises considered, Plaintiffs, **KURT BUECHE** and **KEMA BUECHE**, pray that Defendant, **SAFECO INSURANCE COMPANY OF AMERICA**, be served with a certified copy of this Petition for Damages and be cited to answer; that after due proceedings be had, there be judgment herein in favor of Plaintiffs and against Defendant, in the full and true sum of an amount of damages, both general and special, as is reasonable in the premises, to be proven at the trial of this matter, plus legal interest thereon from date of judicial demand until paid, plus all penalties, attorneys' fees, and cost of these proceedings.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

TAULBEE & ASSOCIATES, L.L.C.

BY: _____
EDWARD O. TAULBEE, IV - #12669
100 Asma Boulevard, Suite 200
Post Office Box 2038
Lafayette, LA   70502-2038
(337) 269-5005

ATTORNEY FOR PLAINTIFFS,
KURT BUECHE AND KEMA BUECHE

PLEASE SERVE:

SAFECO INSURANCE COMPANY OF AMERICA,
through its agent of service of process:

Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has this day been mailed to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this __31__ day of August, 2009.

_____
EDWARD O. TAULBEE, IV - #12669

FILED 9/2/09
Signed S/ Denise A. Bernel
Dy. Clerk
A True Copy 9/3/09
Dy. Clerk

NO.: 583007                                              SECTION "26"

KURT BUECHE AND KEMA BUECHE

v.

SAFECO INSURANCE COMPANY OF AMERICA

FILED:_____        _____
                                      DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendant, Safeco Insurance Company of America, ("Safeco"), hereby moves for an extension of time within which to respond to the Petition for Damages in the above-referenced case through and including October 21, 2009, on the following grounds:

1.

The plaintiffs served their Petition on Safeco on September 9, 2009, thereby making responsive pleadings due September 24, 2009.

2.

Undersigned counsel, however, only recently received the Petition and has not had sufficient time to formulate a response.

3.

Defendant would like to respond adequately, but needs additional time to respond.

144446

4.

Considering the time constraints mentioned above, Safeco requests that this Court grant it a twenty-(20) day extension of time within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case.

Respectfully Submitted,

H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Safeco Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 1st day of October, 2009.

144446

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 583007                                              SECTION "26"

KURT BUECHE AND KEMA BUECHE

v.

SAFECO INSURANCE COMPANY OF AMERICA

FILED:_____        _____
                                      DEPUTY CLERK

**ORDER**

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant, Safeco Insurance Company of America, be and hereby is granted an extension of time through and including October 21, 2009 within which to respond to the Petition for Damages.

Baton Rouge, Louisiana, this _____ day of October, 2009.

_____
JUDGE

144446

Case 3:09-cv-00867-JJB-SCR    Document 1-3    10/09/2009    Page 6 of 13

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 583007                                    SECTION "26"

KURT BUECHE AND KEMA BUECHE

v.

SAFECO INSURANCE COMPANY OF AMERICA

FILED:_____     _____
                                              DEPUTY CLERK

## REQUEST FOR NOTICE

Defendant, Safeco Insurance Company of America, ("Safeco"), pursuant to Louisiana Code of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Safeco Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Notice has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 1st day of October, 2009.

_____

144449

Case 3:09-cv-00867-JJB-SCR   Document 1-3   10/09/2009   Page 7 of 13

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

9/10/09

SAFECO INSURANCE COMPANY OF AMERICA
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

SUIT NO: 582007
19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

KURT BUECHE, ET AL
vs
SAFECO INSURANCE COMPANY OF AMERICA1

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date:  9/09/09 at 3:00 PM
Served by: J BROWN               Title: DEPUTY SHERIFF

================================================================================
Received    Number      Date       Paid By                  Amount
CHECK/M.O.  210441      9/04/09    COC EAST BATON ROUGE     25.00

TG                      325.00
================================================================================

# NO. 731805



2424-09-004196

# CITATION

KURT BUECHE, ET AL
(Plaintiff)

SERVED ON
JAY DARDENNE

SEP 09 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

NUMBER C582007 SECTION 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

vs.

SAFECO INSURANCE COMPANY OF
AMERICA
(Defendant)

STATE OF LOUISIANA

RECEIVED
SEP 09 2009
E.B.R. SHERIFF'S OFFICE

TO: **SAFECO INSURANCE COMPANY OF AMERICA**
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
THE SECRETARY OF STATE OF LOUISIANA

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 03-SEP-2009.

Ayauna Jones/ Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: EDWARD O TAULBEE IV

Also attached are the following documents:
PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:     $_____
MILEAGE      $_____
TOTAL:       $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION – 2424

**JAY DARDENNE**
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



7009 0080 0001 0295 0735



02 1M                  $ 03.41⁰
0004283360      SEP 10 2009
MAILED FROM ZIP CODE 70802

SS104 (R 11/10)

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | | | |
|---|---|---|---|
| Safeco Insurance Company of America | | | |
| NAIC: | 24740 | | |
| Status: | Active | | |
| Domicile: | WA | License Types: Admitted Insurer - 11/06/1959 | |
| Address: | Safeco Plaza<br>Seattle, WA 98185 | Classification: Fire And Casualty<br><br>Coverage Lines: Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety | |
| | Click here for additional addresses | Fire & Extended Coverage<br>Glass<br>Home Owners - 02/23/2004 | |
| Phone: | (425) 376-6435 | Liability<br>Marine & Transportation<br>Miscellaneous | |
| | Click here for additional phones | Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation | |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | | |
| Agent Address: | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | | |

1

EXHIBIT B



## SAFECO INSURANCE COMPANY OF AMERICA
Home Office: 4333 Brooklyn Ave. N.E., Seattle, Washington 98185 (A stock insurance company.)
## QUALITY-PLUS HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
KURT M BUECHE
KEMA BUECHE
540 AUDUBON AVE
BATON ROUGE LA 70806-6223

**POLICY NUMBER:** OF1930106
**POLICY PERIOD FROM:** JUNE 17 2008
**AT:** 12:01 A.M.
**TO:** JUNE 17 2009

**AGENT:**
ARTHUR J GALLAGHER RISK MGMT
235 HIGHLANDIA DR STE 200
BATON ROUGE    LA    70810-5903

**TELEPHONE:** (800) 605-6102

**RESIDENCE PREMISES:**
Same

| IMPORTANT NOTICES |
|---|

- Your new policy is effective June 17, 2008.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $ 484,200 | $ 2,377.00 |
| B - Other Structures | 48,420 | |
| C - Personal Property | 363,150 | |
| D - Loss of Use | 12 MONTHS | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 43.00 |
| F - Medical Payments (each person) | 5,000 | |
| INCLUDED COVERAGES | | |
| Full Value on Personal Property | | Included |
| 2085 - Additional Interest | | Included |
| Extended Dwelling Coverage-25% of Cov A Limit | 121,050 | Included |
| Building Ordinance or Law Coverage | 48,420 | Included |

| OPTIONS | LIMIT | PREMIUM |
|---|---|---|
| Option E - Scheduled Personal Property | $ 10,900 | $ 98.00 |
| Option Q - Valued Jewelry (Category V) | | Included |
| Option BD - Home Freezer Contents | | 8.00 |
| Option ID - Identity Recovery - $250 deductible | 25,000 | 12.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Account Credit | 15% | $ -374.00 |
| Umbrella Credit | 2% | -50.00 |
| Burglar Alarm Credit | 2% | -48.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $ 1,000 |

| STATE ORDINANCE IMPOSED SURCHARGE, LICENSE FEE OR TAX | PREMIUM |
|---|---|
| 2005 LA FAIR Plan Emergency Assessment | $ 98.00 |

| | TOTAL ANNUAL PREMIUM | $ 2,164.00 |
|---|---|---|


EXHIBIT C

CHO-6000/EP 9/06

CONTINUED
Page 1 of 2

ORIGINAL
DATE PREPARED MAY 7 2008

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

# SAFECO INSURANCE COMPANY OF AMERICA
## QUALITY-PLUS HOMEOWNERS POLICY DECLARATIONS

CONTINUED

**POLICY NUMBER:** OF1930106

You can pay your premium in full or in installments. If you pay in installments, a $4.00 service charge will apply to each installment. If you pay by automatic deduction, no service charge will apply.

## INSURABLE INTERESTS

SERVICING MORTGAGEE
  WELLS FARGO BANK NA #708
  ITS SUCCESSORS AND/OR ASSIGNS
  PO BOX 5708
  SPRINGFIELD OH  45501
  LOAN NUMBER:  0186272001

SECOND MORTGAGEE
  JPMORGAN CHASE BANK NA
  HOME EQUITY CONSUMER LENDING
  1111 POLARIS PKWY
  COLUMBUS OH  43240-2050
  LOAN NUMBER:  414860018982

## POLICY FORMS APPLICABLE TO THIS POLICY:

CHO-6000/EP 9/06, CHO-6033/EP 1/00, CHO-6133/LAEP R3 3/03, CHO-6400/EP 5/98,
CHO-6201/EP 12/99, CHO-6211/EP 5/98, CHO-6244/EP 5/98, CHO-6389/EP 8/06,
CHO-6401/EP 2/00

Case 3:09-cv-00867-JJB-SCR   Document 1-3   10/09/2009   Page 13 of 13